LAW OFFICE
# NOTARO, MICHALOS & ZACCARIA P.C.

ANGELO NOTARO
PETER C. MICHALOS
JOHN ZACCARIA
PETER BUCCI
ALAN FEDERBUSH
JOHN S. ECONOMOU

PATENTS
TRADEMARKS
COPYRIGHTS

OF COUNSEL
MILTON WOLSON

February 12, 2026

**VIA ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

>       RE:    *E. Mishan & Sons, Inc. v. Shanghai Xinqi Electronic Technology Co. Ltd.,*
>              Case No. 25-CV-10310 (RA)
>              <u>Letter Motion To Adjourn Initial Status Conference</u>

Dear Judge Abrams,

We represent Plaintiff, E. Mishan & Sons, Inc. ("Emson"), in the above-referenced matter. Pursuant to Rule 4(E) of your Individual Practices, we respectfully submit this letter-motion to request an adjournment of the Initial Status Conference, currently scheduled for February 20, 2026 (ECF No. 11), as well as the related deadline (February 13, 2026) for submission of the joint letter and proposed Case Management Plan and Scheduling Order.

1. Reasons for Request

This request is necessitated by the need for additional time to serve Defendant Shanghai Xinqi Electronic Technology Co. ("Defendant"), which is located in China. Service on the Defendant must be conducted pursuant to the Hague Service Convention.

Plaintiff has acted diligently to effectuate service, having researched the possibilities of locating a suitable agent of Defendant for service in the U.S., service in China by mail and/or email, and consequently hiring a foreign process server. Although Article 10(a) of the Hague Convention "encompasses service by mail" it does not affirmatively "authorize service by mail." Service by mail is "permissible if two conditions are met: first, the receiving state has not objected to service by mail; and second, service by mail is authorized under otherwise-applicable law." *Water Splash, Inc. v. Menon*, 137 S. Ct. 1504, 1513 (2017). However, China "*has* objected to service 'by the methods provided by Article 10 of the Convention'." *Smart Study Co., Ltd., v. Shenzhenshixindajixieyouxiangongsi et al.*, 164 F.4th 164, 170 (2d Cir. 2025). Likewise, service by email has been held improper under the Hague Convention. *Id.* at 172. Accordingly, Plaintiff is in the process of retaining a foreign process server to effect service on Defendant pursuant to the Hague Convention.

Hon. Ronnie Abrams
February 12, 2026
Page 2

At this time, service has not yet been perfected under the Convention due to the time required for the translation of documents, submission to the Central Authority and processing abroad. Given the complexities of international service, it is highly unlikely that service will be completed before the currently scheduled February 20th conference. As a result, Emson cannot yet meet and confer with Defendant regarding a proposed case management plan.

However, under Fed. R. Civ. P. 4(m), the 90-day service limit does not apply to foreign service. To avoid unnecessary motion practice regarding service and to allow for proper case management, an adjournment is required.

2. Previous Requests and Consent

This is the first request for an adjournment of this conference and submission of the proposed case management materials. Counsel has not yet appeared for the Defendant and thus no consent has been obtained.

3. Proposed Schedule

We respectfully request that the Initial Status Conference be adjourned to a date convenient to the Court after service on Defendant under the Hague Convention is completed. We further request that the deadline for the joint letter and proposed Case Management Plan be adjourned accordingly.

We appreciate the Court's consideration of this request.

Application granted.  The initial pre-trial conference scheduled for February 20, 2026 is adjourned *sine die*. Plaintiff shall promptly advice the Court when Defendant has been served, and the Court will then reschedule the conference.

SO ORDERED.

_____
Hon. Ronnie Abrams
February 13, 2026

Respectfully submitted,

*s/ Alan Federbush*
Alan Federbush

NOTARO, MICHALOS & ZACCARIA P.C.
100 Dutch Hill Road, Suite 240
Orangeburg, New York 10962
Tel.: (845) 359-7700
*alan.federbush@notaromichalos.com*

*Attorneys for Plaintiff*
*E. Mishan & Sons, Inc.*